# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

13-4177

Edward Rossi, et al v. Procter & Gamble Co

2-11-cv-07238

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  3/21/2014

cc:
Christopher A. Bandas, Esq.
James E. Cecchi, Esq.
Marissa J. Cohen, Esq.
Donald A. Ecklund, Esq.
Lindsey H. Taylor, Esq.
Antonio Vozzolo, Esq.
Hugh R. Whiting, Esq.

**A True Copy:**
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.